UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   14-44349 |
| JEFF AHRMON McGRAW, | ) | |
| | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Carol Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING TRUSTEE'S MOTION TO DISMISS CASE FOR FAILURE TO FILE REQUIRED DOCUMENTS UNDER SECTION 521 AND FOR UNREASONABLE DELAY**

This matter coming to be heard on the motion of R. Scott Alsterda, chapter 7 trustee (the "Trustee") for the bankruptcy estate of Jeff Ahrmon McGraw, the above-captioned debtor (the "Debtor"), to dismiss the Debtor's bankruptcy case for unreasonable delay pursuant to Section 707(a) of the Bankruptcy Code (the "Motion," and the capitalized undefined terms herein having the meanings set forth in the Motion); the Court having jurisdiction over the subject matter of this Motion and over the parties; due and proper notice having been given to necessary parties; the Court having considered the Motion and the statements of counsel appearing before the Court; and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that:

1.) The relief requested in the Motion is granted as set forth herein.

2.) The form and manner of shortened notice of this Motion is hereby approved as reasonable and sufficient under the circumstances, and no other or further notice of the Motion is required.

3.) The Debtor's Chapter 7 bankruptcy case is dismissed for failure to file required documents under Section 521 and for unreasonable delay.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  March 19, 2015

**Prepared by:**

R. Scott Alsterda (# 3126771)
Nixon Peabody LLP
70 West Madison Street, Suite 3500
Chicago, Illinois 60602
Telephone:  312.977.9203
Facsimile:  312.977.4405
Email: rsalsterda@nixonpeabody.com