Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 14–44349
Chapter: 7
Judge: Carol A. Doyle

In Re:
   Jeff Ahrmon McGraw
   4727 S Indiana
   Chicago, IL 60615

Social Security / Individual Taxpayer ID No.:
   xxx–xx–7484

Employer Tax ID / Other nos.:

---

### NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on March 19, 2015

FOR THE COURT

Dated: March 20, 2015                                Jeffrey P. Allsteadt , Clerk
                                                             United States Bankruptcy Court